AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Jonathan Matthew Torres<br><br>Defendant(s) | Case No.  1:18-MJ-131 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **April 24, 2018 & May 10, 2018** in the county of **Jefferson** in the **Eastern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 844(i)<br>26 USC 5861<br>18 USC 876(c) | Use of an explosive to cause property damage;<br>Possession of an unregistered destructive device (improvised desctructive device); and,<br>Mailing a threatening communication |

This criminal complaint is based on these facts:

Please see attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature
Jennifer Doreck, Special Agent ATF
Printed name and title

Sworn to before me and signed in my presence.

Date: May 25, 2018

_____
Judge's signature
Zack Hawthorn, US Magistrate Judge
Printed name and title

City and state:  Beaumont, Texas