# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | CASE NUMBER 1:18-MJ-00131-ZJH |
| v. | § | |
| | § | |
| | § | |
| JONATHAN MATTHEW TORRES | § | |
| | § | |

## ORDER OF DETENTION

The Court held a hearing to consider the matter of Defendant's detention pending trial, Defendant waived his right to a detention hearing.  It is therefore

ORDERED that the Defendant is detained pending trial without prejudice to his re-raising the issue of pretrial detention at any time.

Signed May 31, 2018.

ZACK HAWTHORN
UNITED STATES MAGISTRATE JUDGE