**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUN 0 6 2018

BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § | CRIMINAL NO. 1:18-CR- 38 Judge Heartfield |
| JONATHAN MATTHEW TORRES | | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 844(i)
(Use of an Explosive to Cause Property Damage)

On or about May 10, 2018, in the Eastern District of Texas, the defendant, **Jonathan Matthew Torres**, maliciously damaged and attempted to damage, by means of fire and explosive materials, the building at 4090 Delaware Street, Beaumont, Texas, used in interstate and foreign commerce.

In violation of 18 U.S.C. § 844(i).

### Count Two

Violation: 26 U.S.C. § 5861(d)
(Possession of an Unregistered Destructive Device)

On or about May 10, 2018, in the Eastern District of Texas, the defendant, **Jonathan Matthew Torres**, knowingly received and possessed, and attempted to receive

and possess, a firearm, to wit, an explosive device utilizing ammonium nitrate as the main explosive charge, which contained shrapnel consisting of screws and nails, not registered to him in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. § 5861(d).

### Count Three

Violation: 18 U.S.C. § 876(c)
(Mailing Threatening Communications)

On or about April 23, 2018, in the Eastern District of Texas, the defendant, **Jonathan Matthew Torres**, knowingly caused to be delivered by the Postal Service according to the directions thereon, a communication, on or about April 23, 2018, addressed to "BMT PD," 3143 College St., Beaumont, Texas 77701, and containing a threat to injure unspecified persons.

In violation of 18 U.S.C. § 876(c).

A TRUE BILL

_JM_
GRAND JURY FOREPERSON

Date: 6.6.18

JOSEPH D. BROWN
UNITED STATES ATTORNEY

CHRISTOPHER TORTORICE
ASSISTANT U.S. ATTORNEY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 1:18-CR- 38 |
| | § | |
| JONATHAN MATTHEW TORRES | § | |

## NOTICE OF PENALTY

### Count One

Violation: 18 U.S.C. § 844(i) – Use of an Explosive to Cause Property Damage

Penalty: Imprisonment of not less than five (5) years, but not more than twenty (20) years, a fine not to exceed $250,000; and a term of supervised release of not more than three (3) years.

Special Assessment: $100.00

### Count Two

Violation: 26 U.S.C. § 5861(d) – Possession of an Unregistered Destructive Device

Penalty: Imprisonment of not more than ten (10) years, a fine not to exceed $10,000; and a term of supervised release of not more than three (3) years.

Special Assessment: $100.00

### Count Three

Violation: 18 U.S.C. § 876(c) – Mailing Threatening Communications

Penalty: Imprisonment of not more than five (5) years, a fine not to exceed $250,000; and a term of supervised release of not more than three (3) years.

Special Assessment: $100.00