FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

SEP 04 2019

BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 1:18-CR-00038 |
| | § | |
| JONATHAN MATTHEW TORRES | § | |

**FIRST SUPERSEDING INDICTMENT**

THE UNITED STATES GRAND JURY CHARGES:

**Count One**

Violation: 18 U.S.C. § 844(i)
(Use of an Explosive to Cause Property Damage)

On or about May 10, 2018, in the Eastern District of Texas, the defendant, **Jonathan Matthew Torres**, maliciously damaged and attempted to damage, by means of fire and explosives, the building at 4090 Delaware Street, Beaumont, Texas, which was used in interstate and foreign commerce and in activities affecting interstate and foreign commerce.

In violation of 18 U.S.C. § 844(i).

## Count Two

Violation: 26 U.S.C. § 5861(d)
(Possession of an Unregistered
Destructive Device)

On or about May 10, 2018, in the Eastern District of Texas, the defendant, **Jonathan Matthew Torres**, knowingly received and possessed, and attempted to receive and possess, a firearm, to wit, an explosive device utilizing ammonium nitrate as the main explosive charge, which contained shrapnel consisting of screws and nails, not registered to him in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. § 5861(d).

## Count Three

Violation: 18 U.S.C. § 876(c)
(Mailing Threatening Communications)

On or about April 23, 2018, in the Eastern District of Texas, the defendant, **Jonathan Matthew Torres**, knowingly caused to be delivered by the Postal Service according to the directions thereon, a communication, on or about April 23, 2018, addressed to "BMT PD," 3143 College St., Beaumont, Texas 77701, and containing a threat to injure unspecified persons.

In violation of 18 U.S.C. § 876(c).

A TRUE BILL

_____
GRAND JURY FOREPERSON

Date: 9/4/2019

JOSEPH D. BROWN
UNITED STATES ATTORNEY

_____
CHRISTOPHER TORTORICE
ASSISTANT U.S. ATTORNEY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 1:18-CR-00038 |
| | § | |
| JONATHAN MATTHEW TORRES | § | |

## NOTICE OF PENALTY

### Count One

Violation:  18 U.S.C. § 844(i) – Use of an Explosive to Cause Property Damage

Penalty:  Imprisonment of not less than five (5) years, but not more than twenty (20) years, a fine not to exceed $250,000; and a term of supervised release of not more than three (3) years.

Special Assessment: $100.00

### Count Two

Violation:  26 U.S.C. § 5861(d) – Possession of an Unregistered Destructive Device

Penalty:  Imprisonment of not more than ten (10) years, a fine not to exceed $10,000; and a term of supervised release of not more than three (3) years.

Special Assessment: $100.00

### Count Three

Violation:  18 U.S.C. § 876(c) – Mailing Threatening Communications

Penalty: Imprisonment of not more than five (5) years, a fine not to exceed $250,000; and a term of supervised release of not more than three (3) years.

Special Assessment: $100.00