| | | | | |
|---|---|---|---|---|
| DATE | September 8, 2020 | | CASE NUMBER | 1:18cr38(1) |
| LOCATION | BEAUMONT DIVISION | | USA | Russell James   Assigned |
| JUDGE | THAD HEARTFIELD | | VS | "   Appeared |
| DEPUTY CLERK | Jill Veazey | | | |
| RPTR/ECRO | Chris Bickham | | | JONATHAN MATTHEW TORRES |
| USPO | Angie Wallace | | | Defendant |
| INTERPRETER | | | | Ryan Gertz |
| BEGIN | 1:35 | | | Attorney |
| Adjourn | 2:06 | | | |

Total In-Court Time: **31 MINS**

## SENTENCING

✓ Sentencing held              ☐ Sentencing called
✓ Court adopts presentence report    ☐ Court Accepts Plea Agreement
☐ Plea Agreement UNSEALED pursuant to Local Rule CR-49
☐ Court adopts presentence report w/exception of:

| CT | CUSTODY | FINE | PROB | REST | SUP/REL | SP/ASSESS |
|---|---|---|---|---|---|---|
| 1 | 60 Months | Waived | --- | To be determined | 3 Years | $100.00 |
| 2 | 60 Months | | | | 3 Years | $100.00 |
| SS Ind | To run Concurrently | | | | To run Concurrently | T = $200.00 |

**SPECIAL CONDITIONS:**

✓ . . . . . .   Shall abide by **standard conditions** of release, to include committing no offenses; federal, state or local and shall not illegally possess a controlled substance.

✓ . . . . .   Dft shall comply with the mandatory and special conditions as set forth in the Presentence Report.

✓ . . . . . .   Dft shall **report** in person to the probation office in the district to which the dft is released **within 72** hours of release from the custody of the Bureau of Prisons.

✓ . . . . . .   Dft remanded to the USM.         ☐ Denial of ALL Federal benefits for a period of      years
☐ . . . . . .   Dft ordered to surrender           to    ☐ USM    ☐ designated institution.
☐ . . . . . .   Bond continued ☐ previous bond in this case $      type _____ ☐ other case No.
✓ . . . . . .   Oral Motion - Govt - to Dismiss All Remaining Counts
✓ . . . . . .   Oral Order - Granted  - All Remaining Counts are dismissed
☐ . . . . . .   Dft failed to appear    ☐ Order for arrest warrant   ☐ bond forfeited.
✓ . . . . . .   **Dft advised of right to appeal and apply for court appointed counsel.**

☐ See reverse/attached for additional proceedings